IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **TAURUS JERMAINE WARE,** <br><br> Plaintiff, <br><br> v. <br><br> **WILLIAM C. DANFORTH and SGT. MILAM,** <br><br> Defendants. | Civil Action 7:12-CV-130 (HL) |

**ORDER**

This case is before the Court on a Recommendation (Doc. 5) in which United States Magistrate Judge Thomas Q. Langstaff recommends that William Danforth be dismissed as a defendant and that Plaintiff's claim against Sergeant Milam proceed. Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for plain error and finds none. Thus, the Recommendation is accepted and adopted. William Danforth is dismissed from the case. Plaintiff's excessive force claim against Sergeant Milam will move forward.

**SO ORDERED**, this the 18th day of December, 2012.

                                               */s/ Hugh Lawson*
                                               **HUGH LAWSON, SENIOR JUDGE**

mbh