IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**TAURUS JERMAINE WARE**,

    Plaintiff,

v.                                Civil Action No. 7:12-CV-130 (HL)

**SGT. RODNEY MILAM,**

    Defendant.

**ORDER**

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 28), entered on April 22, 2014. Judge Langstaff recommends that Defendant's Motion to Dismiss (Doc. 25) be granted and Defendant's Motion for Summary Judgment (Doc. 19) be denied as moot.

Plaintiff has not filed any objections to the Recommendation. The Court reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts and adopts the Recommendation. The Court grants Defendant's Motion to Dismiss. (Doc. 25). The Court denies Defendant's Motion for Summary Judgment as moot. (Doc. 19). The Clerk of Court is directed to enter final judgment in favor of Defendant.

**SO ORDERED**, this 13th day of May, 2014.

                                                *s/ Hugh Lawson*
                                              **HUGH LAWSON, SENIOR JUDGE**

aks